No. 90. MARTIN HANSON, PLAINTIFF IN ERROR, *v.* GREAT NORTHERN RAILWAY COMPANY. In error to the Supreme Court of the State of Minnesota. Argued for the plaintiff in error and submitted for the defendant in error November 13, 1916. Decided December 4, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Railway Co. v. King,* 222 U. S. 222; *Seaboard Air Line v. Padgett,* 236 U. S. 668, 673; *Great Northern Ry. Co. v. Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co. v. Whitacre,* this day decided, *ante,* 169. *Mr. Charles Loring, Mr. Samuel Herrick* and *Mr. William E. Rowe* for the plaintiff in error. *Mr. E. C. Lindley* and *Mr. A. L. Janes* for the defendant in error.